UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00024-FDW-SCR

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| A TO Z RESTORATION AND CONSTURCTION, INC. AND CAROCON CORPORATION, | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court sua sponte concerning the status of this case. On November 7, 2024, Plaintiff Nautilus Insurance Company moved for summary judgment. (Doc. Nos. 22, 22-1.) As Plaintiff conceded in its Reply, its supporting memorandum exceeded the word limitation set by this Court's Standing Order, see 3:07-mc-47-FDW, (Doc. No. 2-4, p. 10). Accordingly, Plaintiff must file an amended supporting memorandum within 1 week of this Order that complies with this Court's word limitation. Plaintiff must include a certificate of compliance with the word limitation and regarding the use of artificial intelligence, see 3:24-mc-104-MR, (Doc. No. 1).

Additionally, the parties previously indicated their intent to mediate this case on January 13, 2025, (Doc. No. 31), but have not filed a report on the results as required by the Case Management Order, (Doc. No. 17). The parties must file a report on the results of the mediation within 1 week of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff must file an amended supporting memorandum within 1 week of this Order that complies with this Court's word limitation. Plaintiff must include a certificate of compliance with the word limitation and regarding the use of artificial intelligence

**IT IS FURTHER ORDERED** that the parties must file a report on the results of the mediation within 1 week of this Order.

**IT IS SO ORDERED.**

Signed: January 28, 2025

Frank D. Whitney
Senior United States District Judge